UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAY 24 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
vs. ) No.
)
WILLIAM HAMPTON, ) 4:18CR00439 RWS/SPM
)
Defendant. )

## INDICTMENT

### COUNT ONE

On or about June 19, 2016, in the City of St. Louis, which is located within the Eastern District of Missouri,

**WILLIAM HAMPTON,**

the defendant herein, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess a firearm, to wit, one Sturm & Ruger, 9mm, semi-automatic pistol, said firearm have been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(3).

A TRUE BILL.


JEFFREY B. JENSEN					FOREPERSON
United States Attorney


JENNIFER J. ROY, #47203MO
Assistant United States Attorney