UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,             ) | |
| ) | No  4:18 CR 439 RWS |
| v.                                  ) | |
| ) | |
| WILLIAM HAMPTON,                    ) | |
| ) | |
| Defendant.          ) | |

## GOVERNMENT'S NOTICE OF NO OBJECTION TO THE UNSEALING OF GOVERNEMENT'S MOTION FOR UPWARD VARIANCE

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jennifer J. Roy, Assistant United States Attorney for said District and notices this Court that the Government has no objections to the unsealing of the Government's Motion for Upward Variance and Attachment #1 (Docket No. 40). The Government has filed a redacted Attachment #1, therefore the reasons for sealing the same no longer exist.

Dated this 26th day of April, 2019.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney


/s/ Jennifer J. Roy
JENNIFER J. ROY, #MO47203
Assistant United States Attorney


SO ORDERED:  _____
HONORABLE RODNEY W. SIPPEL
United States District Judge